AO 468 (Rev. SDCal 04/13) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Jorge A Calderon-Silva<br>_____<br>*Defendant* | )<br>)<br>)  Case No. 22-mj-00545<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I knowingly and voluntarily agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1

Date: 02-21-2022

*Defendant's signature*

*Signature of defendant's attorney*

Casey J Donovan, Jr
*Printed name and bar number of defendant's attorney*

121 Broadway
Suite 520
San Diego, CA 92101
*Address of defendant's attorney*

donovan2donovan@hotmail.com
*E-mail address of defendant's attorney*

619-696-8989
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*